UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                         CASE NO. 07 B 24146
   JOHN ALLEN CHAMBERS
   LEE ALLISON CHAMBERS                        CHAPTER 13

                                               JUDGE: MANUEL BARBOSA

       Debtor
  SSN XXX-XX-0816     SSN XXX-XX-4798
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/21/07 and confirmed on 02/21/08.

2. The case was converted to Chapter 7 after confirmation, 01/08/2009.

3. The Debtor paid a total of $ 12000.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | CURRENT MORTG | .00 | .00 | .00 |
| HSBC | NOTICE ONLY | .00 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 10268.43 | .00 | 1515.29 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 10334.72 | .00 | 1525.08 |
| CITIFINANCIAL | UNSECURED | 20564.65 | .00 | 3034.69 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 19565.82 | .00 | 2887.29 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 2315.17 | .00 | 341.65 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 63048.79 | .00 | 63048.79 |
| PRINCIPAL PAID | .00 | .00 | 9304.00 | .00 | 9304.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 9304.00 | .00 | 9304.00 |

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $  3500.00 and was paid $  1500.00  direct and $  2000.00  through the plan.

The Trustee received $   696.00 .

Refunds to the Debtor totaled $    .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/18/09                    /S/

```
                    GLENN STEARNS
                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
         CASE NO. 07 B 24146 JOHN ALLEN CHAMBERS & LEE ALLISON CHAMBERS
```